UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN DIXON, | 1:17-cv-00562-GSA-PC |
| Plaintiff, | ORDER TRANSFERRING CASE |
| vs. | |
| RON BARNES, et al., | |
| Defendants. | |

Norman Dixon ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 21, 2017. (ECF No. 1.) On June 22, 2017, Plaintiff filed the First Amended Complaint as a matter of course. (ECF No. 14.)

Plaintiff is presently incarcerated at Kern Valley State Prison in Delano, California, which is located in the Fresno Division of the U.S. District Court for the Eastern District of California. However, the events at issue in the First Amended Complaint occurred at High Desert State Prison (HDSP) in Susanville, California, when Plaintiff was incarcerated there. HDSP is located in Lassen County, which is part of the Sacramento Division. All of the individual named defendants reside in the Sacramento Division. For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California. Pursuant to Local Rule 120(f),

1

a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **June 12, 2018**              **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE